UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALICIA ROSALES,<br><br>        Plaintiff,<br><br>    v.<br><br>LOOMIS ARMORED US, LLC,<br><br>        Defendant. | Case No.  5:18-cv-05354-EJD<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 77 |

On August 17, 2020, the Parties filed a stipulation to remand the above-captioned case from this Court to the Superior Court of the State of California for the County of Santa Clara. *See* Dkt. 77.  Pursuant to the United States Code, this Court may only remand a case if it lacks subject-matter jurisdiction over the case.  *See* 28 U.S.C. § 1447.  In the alternative, the Court may also remand a case if the plaintiff can show some procedural defect with removal.  *See id*.  In their stipulation and proposed order, the Parties do not explain why the Court lacks subject-matter jurisdiction over the case or why there is some other procedural basis to remand.  The Court thus issues an ORDER TO SHOW CAUSE as to why the case should be remanded. The Parties shall file a joint written response to this order to show cause by August 28, 2020 to explain why the case should be remanded.

**IT IS SO ORDERED.**

Dated: August 17, 2020

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:18-cv-05354-EJD
ODER TO SHOW CAUSE

1